IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:22-CR-192 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **JONATHAN LEE DEBUS,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 23rd day of August, 2023, upon consideration of the sentencing memoranda submitted by defendant Jonathan Lee Debus and counsel for the government, and following an evidentiary hearing on April 19, 2023, and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. Defendant's objection to paragraph 32 of the presentence report, which recommends application of a five-level enhancement pursuant to U.S.S.G. § 2G2.2(b)(5), is SUSTAINED.

2. Defendant's objection to paragraph 34 of the presentence report, which recommends application of a five-level enhancement pursuant to U.S.S.G. § 2G2.2(b)(7)(D), is OVERRULED.

3. Sentencing in this matter shall commence on **Wednesday, September 13, 2023, at 10:00 a.m.** in Courtroom #2 of the Sylvia H. Rambo United States Courthouse, 1501 N. 6th Street, Harrisburg, PA 17102.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania